UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | 8:25-cv-00223-FWS-ADS | Date | June 30, 2025 |
|---|---|---|---|
| Title | Farrokh Shad Mojtaba v. Property Receivables, Corp et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

<u>Rolls Royce Paschal</u>  
Deputy Clerk

<u>Not Reported</u>  
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

None Present

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

**PROCEEDINGS:  (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

The court, having been advised by a Notices of Settlement [25] and [26] that this action settled, hereby orders this action dismissed without prejudice.  The court hereby orders all proceedings in the case vacated and taken off calendar.

The court retains jurisdiction for **60 days** to vacate this order and to reopen the action upon a showing of good cause that the settlement has not been completed.  This order shall not prejudice any party in this action.

Any pending Order to Show Cause is hereby discharged.

\_\_\_\_ : \_\_\_\_

Initials of Deputy Clerk   rrp

cc: